# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

April 20, 2023

**APPLICATION GRANTED**
Hon. Katharine H. Parker, U.S.M.J.  4/25/2023

**VIA ECF**

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Tavarez v. Commissioner of Social Security*
               Civil Action No. 1:22-cv-09656-KHP

Dear Judge Parker,

    We write on behalf of our client, Gloria M. Tavarez, to request additional time to file her motion for judgment on the pleadings which is currently due on April 22, 2023 per the Court's November 16, 2022 Scheduling Order.  This is the plaintiff's first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before:  **June 6, 2023;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **August 7, 2023**; and

- Plaintiff to file her reply, if any, on or before:  **August 28, 2023.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036              Facsimile  212-500-5115           info@osbornlawpc.com

Honorable Katherine H. Parker
April 20, 2023
Page Two

  Thank you for your consideration of this request.

            Respectfully submitted,

            s/Daniel A. Osborn
            Daniel A. Osborn
            OSBORN LAW, P.C.
            43 West 43rd Street, Suite 131
            New York, New York 10036
            Telephone: 212-725-9800
            Facsimile: 212-500-5115
            dosborn@osbornlawpc.com

cc: Candace Marie Brown Casey, Esq. (by ECF)