# OSBORN LAW P.C.

Daniel A. Osborn, Esq.     dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.     ltrust@osbornlawpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2023
```

June 5, 2023

**VIA ECF**

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*Katharine H. Parker (signature)*

Hon. Katharine H. Parker, U.S.M.J.

06/06/2023

    Re:    *Tavarez v. Commissioner of Social Security*
             Civil Action No. 1:22-cv-09656-KHP

Dear Judge Parker,

    We write on behalf of our client, Gloria M. Tavarez, to request additional time to file her motion for judgment on the pleadings which is currently due on June 6, 2023 per the Court's April 25, 2023 Order granting Extension for Time to File. This is the plaintiff's second request for an extension.

    Counsel feels the time is necessary due to the length of the Administrative Transcript and the number of Social Security briefs we have due in the next two weeks.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **July 26, 2023;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **September 25, 2023**; and

- Plaintiff to file her reply, if any, on or before: **October 16, 2023.**

Honorable Katherine H. Parker
June 6, 2023
Page Two

    Thank you for your consideration of this request.

                      Respectfully submitted,

                      s/Daniel A. Osborn
                      Daniel A. Osborn
                      OSBORN LAW, P.C.
                      43 West 43rd Street, Suite 131
                      New York, New York 10036
                      Telephone:     212-725-9800
                      Facsimile:      212-500-5115
                      dosborn@osbornlawpc.com

cc: Candace Marie Brown Casey, Esq. (by ECF)