# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023

July 24, 2023

**VIA ECF**

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.    7/25/2023

      Re:    *Tavarez v. Commissioner of Social Security*
                Civil Action No. 1:22-cv-09656-KHP

Dear Judge Parker,

      We write on behalf of our client, Gloria M. Tavarez, to request an additional five days to file her motion for judgment on the pleadings which is currently due on July 26, 2023 per the Court's June 6, 2023 Order granting Extension for Time to File. This is the plaintiff's third request for an extension.

      Counsel needs the additional time due to the Administrative Transcript being 5,500 pages long and the complexity of the record.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **July 31, 2023;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **September 30, 2023**; and

- Plaintiff to file her reply, if any, on or before: **October 21, 2023.**

43 West 43rd Street, Suite 131     Telephone 212-725-9800     osbornlawpc.com
New York, New York 10036          Facsimile  212-500-5115     info@osbornlawpc.com

Honorable Katherine H. Parker
July 24, 2023
Page Two

Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                s/Daniel A. Osborn
                                                Daniel A. Osborn
                                                OSBORN LAW, P.C.
                                                43 West 43rd Street, Suite 131
                                                New York, New York 10036
                                                Telephone:    212-725-9800
                                                Facsimile:     212-500-5115
                                                dosborn@osbornlawpc.com

cc: Candace Marie Brown Casey, Esq. (by ECF)