UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

GLORIA M. TAVAREZ,

                        Plaintiff,                        ORDER

                                              1:22-cv-09656-GRJ

            v.

KILOLO KIJAKAZI
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

        Pending before the Court is the Stipulation and Order of Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g), filed by the parties.

(Docket No. 28.)  The parties stipulate and agree that the Commissioner's

decision should be remanded to the Commissioner of Social Security under

the fourth sentence of 42 U.S.C. § 405(g) for further administrative

proceedings.

        Accordingly, the Stipulation is approved. This case is REVERSED

and REMANDED to the Commissioner of Social Security under the fourth

sentence of 42 U.S.C. § 405(g) for further administrative proceedings to

include the opportunity for a new hearing and a new decision.

1

The Clerk is directed to terminate Plaintiff's Motion for Judgment on the Pleadings, (Docket No. 24), enter final judgment in favor of Plaintiff and then close the file.

Dated: September 28, 2023          SO ORDERED:

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge