**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GLORIA M. TAVAREZ,

                Plaintiff,        22 **CIVIL** 9656 (GRJ)

    -v-                        **JUDGMENT**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2023, that accordingly, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings to include the opportunity for a new hearing and a new decision and the case is closed.

**Dated:**  New York, New York
          September 29, 2023

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**

                        **BY:**          _____
                                              **Deputy Clerk**